IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK PATTERSON,<br><br>     Plaintiff,<br><br>v.<br><br>MENARD, INC., PELICAN CREATIONS, INC., RANKAM METAL PRODUCTS MANUFACTORY LIMITED, and RANKAM (CHINA) MANUFACTURING CO. LTD.,<br><br>     Defendants | CASE NO.<br>LACL130355<br>4:14-cv-274<br><br><br><br>**NOTICE OF REMOVAL** |

**COMES NOW** Defendant Menard, Inc., ("Defendant") by and through the undersigned attorneys, and hereby removes the above-captioned action from the Iowa District Court for Polk County to the United States District Court, Southern District of Iowa, Western Division. Removal is based on 28 U.S.C. § 1332 (diversity jurisdiction), and is authorized by 28 U.S.C. §§ 1441 and 1446. In support thereof, Defendants state the following:

1.     Plaintiff originally filed this action on or about May 19, 2014 in the Iowa District Court for Polk County, entitled *Mark Patterson vs. Menard, Inc., Pelican Creations, Inc., Rankam Metal Products Manufactory Limited, and Rankam (China) Manufacturing Co. Ltd.*, Case No. LACL 130355. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a true and correct copy of all process, pleadings, orders and other filings made in the Iowa District Court for Polk

County are attached as Exhibit A.

2.  Defendant was served with a copy of the Original Notice and Petition at Law on June 17, 2014.

3.  This case may be removed from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa, Western Division, pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4.  In this civil action, Plaintiff claims he is entitled to damages for personal injury resulting from an incident that occurred in Cherokee, Cherokee County, Iowa on July 22, 2012. (See Ex. A, Petition).

5.  The amount in controversy exceeds the sum or value of $75,000 because Plaintiff is seeking "substantial damages". (See Ex. A, Petition at Law, ¶23). Moreover, counsel to Plaintiff, Patrick Vint, sent a written communication on July 7, 2014 to counsel for Menard, Inc. advising that "Damages exceed $75,000, and we will not resist removal to Federal Court on diversity grounds."

6.  Plaintiff is a citizen and resident of Tama County, Iowa.

7.  Defendant Menard, Inc. is incorporated in Wisconsin and has its principal place of business in Eau Claire, Wisconsin and is deemed to be a citizen of Wisconsin pursuant to 28 U.S.C. 1332(c)(1).

8.  Venue lies in the Southern District of Iowa, Central Division pursuant to 28 U.S.C. § 1441(a), because the District includes Polk County, Iowa. *See* 28 U.S.C. § 95(b)(2).

9.  The time for filing this notice of removal has not run because thirty days have not

expired since June 17, 2014, the date on which Defendant was served with the Original Notice and Petition at Law.

10. A copy of the Original Notice and Petition filed by the Plaintiff is attached and incorporated herein by reference as Exhibit No. A. Defendant has not been served with and is not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District Court for Polk County.

11. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the State Court Action that will require resolution and that Counsel that has appeared on behalf of Plaintiff in the State Court Action is:

Ronald Pogge
HOPKINS & HUEBNER, P.C.
2700 Grand Ave, Suite 111
Des Moines, IA 50312

12. This Notice of Removal is being served upon Plaintiff's counsel by mail and is being filed with the Clerk of the Iowa District Court for Polk County.

**WHEREFORE**, Defendant gives notice that the above-captioned action now pending against it in the Iowa District Court for Polk County is removed there from to the United States District Court for the Southern District of Iowa, Central Division.

Dated: July 7, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Kerrie M. Murphy
　　　　　　　　　　　　　　　　　Kerrie M. Murphy　　AT0005576
　　　　　　　　　　　　　　　　　Julie T. Bittner　　AT0009719
　　　　　　　　　　　　　　　　　GONZALEZ SAGGIO & HARLAN LLP
　　　　　　　　　　　　　　　　　1501 42nd Street, Suite 465
　　　　　　　　　　　　　　　　　West Des Moines, IA 50266-1090
　　　　　　　　　　　　　　　　　Telephone: (515) 453-8509
　　　　　　　　　　　　　　　　　Facsimile: (515) 267-1408
　　　　　　　　　　　　　　　　　E-mail: kerrie_murphy@gshllp.com
　　　　　　　　　　　　　　　　　E-mail: julie_bittner@gshllp.com
　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**PROOF OF SERVICE**

The undersigned certifies that on July 7, 2014 the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record. For those attorneys of record who are not registered through ECF, a copy has been mailed by U.S. mail, postage pre-paid.

　　　　　　　　　　　　　　　　　/s/*Theresa Edman*