IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| MARK PATTERSON,<br><br>  Plaintiff,<br><br>vs.<br><br>MENARD, INC., PELICAN CREATIONS, INC., RANKAM METAL PRODUCTS MANUFACTORY LIMITED, and RANKAM (CHINA) MANUFACTURING CO. LTD.,<br><br>  Defendant. | CASE NO. LACL 130355<br><br>ORIGINAL NOTICE |

TO THE ABOVE-NAMED DEFENDANT: Menard, Inc.
c/o Corporation Service Company
505 Fifth Avenue, Suite 729
Des Moines, IA 50309-2390

You are notified that a Petition has been filed in the office of the clerk of this court, naming you as the defendant in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorneys for the plaintiff(s) are R. Ronald Pogge, Patrick T. Vint and Rebecca E. Reif of Hopkins & Huebner, P.C., whose address is 2700 Grand Ave, Suite 111, Des Moines, Iowa 50312, telephone number (515) 244-0111; facsimile number (515) 697-4299.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County, at the county courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

CLERK OF THE ABOVE COURT
Polk County Courthouse
Des Moines, IA 50309

IMPORTANT
YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.
S:\RRP\10428-0002 Patterson\Pleadings\Original Notice-Menard.docx4332

# STATE OF IOWA JUDICIARY

Case No. LACL130355
County Polk

Case Title  MARK PATTERSON V. MENARD, INC., ET AL.

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued  05/20/2014 04:21:47 PM



District Clerk of Polk          County
/s/ Anisa Argullin

E-FILED   2014 MAY 19 5:27 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| MARK PATTERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MENARD, INC., PELICAN CREATIONS, INC., RANKAM METAL PRODUCTS MANUFACTORY LIMITED, and RANKAM (CHINA) MANUFACTURING CO. LTD.,<br><br>　　　　Defendant. | CASE NO. _____<br><br>**PETITION AT LAW AND JURY DEMAND** |

The Plaintiff, Mark Patterson, for his Petition at Law and Jury Demand, states as follows:

### PARTIES, VENUE, AND JURISDICTION

1. Plaintiff Mark Patterson is, and at all times material hereto was, a resident of Tama County, Iowa.

2. Defendant Menard, Inc. (hereafter "Menard") is a Wisconsin corporation licensed to do business in the State of Iowa, with a registered office at 505 Fifth Avenue, Suite 729, Des Moines, Polk County, Iowa.

3. Defendant Pelican Creations, Inc. (hereafter "Pelican") is a Canadian corporation with a principal place of business at 2820 Argentia Rd. Unit #4, Mississauga, Ontario, Canada.

4. Defendant Rankam Metal Products Manufactory Limited (hereafter "Rankam USA") is a Delaware corporation with a registered office in Wilmington, Delaware and a principal place of business at 1618 W Rosecrans Avenue, Gardena, California.

5. Defendant Rankam (China) Manufacturing Co., Ltd. (hereafter "Rankam China") is a Chinese corporation with a principal place of business at 18/F New Lee Wah Centre, 88 Tokwawan Road, Kowloon, Hong Kong, China.

6. Subject matter jurisdiction is proper, as the amount in controversy is in excess of the small claims jurisdictional amount.

7. Personal jurisdiction over Defendant Menard is proper, as the company is licensed to do business in the State of Iowa and has a registered agent in the state.

8. Personal jurisdiction over Defendants Pelican, Rankam USA and Rankam China is proper, as the foreign corporations have committed a tort in the State of Iowa against a resident of Iowa, and have sufficient minimum contacts with the State of Iowa that the foreign corporations should reasonably anticipate being hailed into court within the state.

9. Venue is proper, as Defendant Menard is a resident of Polk County, and the product at issue was purchased in Polk County.

**FACTS**

10. On June 22, 2012, Plaintiff Patterson's children purchased an Excel Anti-Gravity Chair (hereinafter the "Chair") from a store operated by Defendant Menard at 12000 Hickman Road in Clive, Polk County, Iowa.

11. Plaintiff Patterson's children subsequently gave the Chair to Plaintiff as a gift for Father's Day.

12. On July 22, 2012, while in Cherokee, Cherokee County, Iowa, Plaintiff Patterson removed the Chair from the box, unfolded it, and sat down in the Chair.

13. When Plaintiff Patterson attempted to recline in the Chair, the Chair broke and sent Plaintiff Patterson toppling backwards to the ground.

E-FILED 2014 MAY 19 5:27 PM POLK - CLERK OF DISTRICT COURT

14. Upon Plaintiff Patterson's best information and belief, Rankam China and/or Rankam USA were the manufacturers of the Chair in question.

15. Defendant Pelican distributed the Chair in question.

## COUNT I
## PRODUCT LIABILITY – MANUFACTURING DEFECT – ALL DEFENDANTS

16. Plaintiff repeats and realleges paragraphs 1 through 15.

17. Defendants Rankam China and/or Rankam USA were engaged in the business of manufacturing the Chair.

18. Defendants Pelican and Menard was engaged in the business of selling and/or distributing the Chair.

19. Defendants Rankam China and/or Rankam USA manufactured the Chair.

20. Defendants Pelican and Menard sold and/or distributed the folding chair.

21. The Chair, at the time it left Defendants' control, contained a manufacturing defect.

22. The manufacturing defect was the cause of Plaintiff Patterson's injury.

23. As a result of the injury, Plaintiff Patterson sustained substantial damages.

WHEREFORE Plaintiff Mark Patterson respectfully requests this Court enter judgment in his favor and against Defendants for an amount which will fairly and adequately compensate him for the damages caused by Defendants' manufacturing defect, including costs and all other relief which this court deems proper.

## COUNT II
## DESIGN DEFECT – ALL DEFENDANTS

24. Plaintiff repeats and realleges paragraphs 1 through 15.

3

E-FILED 2014 MAY 19 5:27 PM POLK - CLERK OF DISTRICT COURT

25. Defendants Rankam China and/or Rankam USA were engaged in the business of manufacturing the Chair.

26. Defendants Pelican and Menard was engaged in the business of selling and/or distributing the Chair.

27. Defendants Rankam China and/or Rankam USA manufactured the Chair.

28. Defendants Pelican and Menard sold and/or distributed the Chair.

29. The product was in a defective condition at the time it left Defendants' control.

30. A reasonable alternative safer design could have been practically adopted at the time of sale or distribution.

31. The alternative design would have reduced or avoided the foreseeable risk of harm posed by the Chair.

32. The omission of the alternative design rendered the Chair not reasonably safe.

33. The alternative design would have reduced or prevented the Plaintiff's harm.

34. The design defect was the cause of Plaintiff's injury.

35. As a result of the injury, Plaintiff sustained damages.

WHEREFORE Plaintiff Mark Patterson respectfully requests this court enter judgment in his favor and against Defendants for an amount which will fairly and adequately compensate him for the damages caused by Defendants' design defect, including costs and all other relief which this Court deems proper.

## COUNT III
## RES IPSA LOQUITUR – ALL DEFENDANTS

36. Plaintiff repeats and realleges paragraphs 1 through 15.

37. Plaintiff Patterson was injured by the negligent conduct of Defendants Rankam China and/or Rankam USA.

4

38. The Chair in question was under the exclusive control and management of Defendant Rankam China and/or Rankam USA at the time the negligent conduct occurred.

39. Plaintiff Patterson's injury would not have occurred if reasonable care had been used by Defendants Rankam China and Rankam USA.

40. There was no change in the condition of the chair from the time of Defendants' negligent acts and the event causing Plaintiff Patterson's injury.

41. No intervening act caused Plaintiff Patterson's injury.

42. Defendants Pelican and Menard distributed the chair in question.

WHEREFORE Plaintiff Mark Patterson respectfully requests this court enter judgment in his favor and against Defendants for an amount which will fairly and adequately compensate him for the damages caused by Defendants' negligent act or acts, including costs and all other relief which this Court deems proper.

## JURY DEMAND

Plaintiff demands trial by a jury.

## CERTIFICATION PURSUANT TO IOWA CODE 613.18(3)

Plaintiff certifies that the manufacturer of the product is not yet identifiable, and requests the Court toll the statute of limitations against the manufacturer until such time as discovery in this case has identified the manufacturer.

E-FILED 2014 MAY 19 5:27 PM POLK - CLERK OF DISTRICT COURT

Respectfully submitted,

HOPKINS & HUEBNER, P.C.

By _R. Ronald Pogge BY PTV_
R. Ronald Pogge, AT0006374
2700 Grand Avenue, Suite 111
Des Moines, IA 50312
Telephone: 515-244-0111
Facsimile: 515-697-4299
rpogge@hhlawpc.com

By _____
Patrick T. Vint, AT0008811
2700 Grand Avenue, Suite 111
Des Moines, IA 50312
Telephone: 515-244-0111
Facsimile: 515-697-4299
pvint@hhlawpc.com

By _____
Rebecca E. Reif, AT0011963
2700 Grand Avenue, Suite 111
Des Moines, IA 50312
Telephone: 515-244-0111
Facsimile: 515-697-4299
rreif@hhlawpc.com

ATTORNEYS FOR PLAINTIFF

Original filed.

S:\RRP\10428-0002 Patterson\Pleadings\Petition at Law and Jury Demand.docx4356